

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 14, 2014

Malcolm U. McClinchie III
100 Dolorosa Fl 3
San Antonio, TX 78205-3038
* DELIVERED VIA E-MAIL *

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Carmen M. Ramirez
PO Box 791136
San Antonio, TX 78279-1136
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00191-CV
       Trial Court Case Number:    2012-PA-03045
       Style:  In the Interest of D.R.P., A Child


Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219



# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-14-00191-CV

**IN THE INTEREST OF D.R.P.,** A Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03045
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On April 2, 2014, this court ordered appellant to provide a reasonable explanation for failing to timely file the notice of appeal. Appellant filed a response, which we deem adequate to show cause why the appeal should not be dismissed.

Appellant is reminded that because this is an accelerated appeal in a parental termination case, the Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). Appellant's brief is due <u>no later than April 28, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 14, 2014

No. 04-14-00191-CV

**IN THE INTEREST OF D.R.P.,** A Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03045
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On April 2, 2014, this court ordered appellant to provide a reasonable explanation for failing to timely file the notice of appeal. Appellant filed a response, which we deem adequate to show cause why the appeal should not be dismissed.

Appellant is reminded that because this is an accelerated appeal in a parental termination case, the Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). Appellant's brief is due no later than April 28, 2014.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 14TH DAY OF APRIL, 2014.

VOL.___PAGE____